# United States Court of Appeals
## For the First Circuit

No. 24-1239

LEONARDO GONCALVES LEAO,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on July 14, 2025, is amended as follows:

On page 20, line 15, delete "standard."